```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10                            ----oo0oo----
11  NATOMAS GARDENS INVESTMENT
    GROUP LLC, a California
12  limited liability company,
    ORCHARD PARK DEVELOPMENT LLC,
13  a California limited liability
    company,,
14                                      No. CIV. 08-2308 FCD KJM
              Plaintiffs,
15
         v.                             ORDER
16
    JOHN G. SINADINOS, STANLEY J.
17  FOONDOS, STEPHEN FOONDOS,
    VILLAGE CAPITAL GROUP LLC, a
18  California limited liability
    company, VINTAGE CREEK LLC, a
19  California limited liability
    company, SOUTH WATT & FLORIN
20  PARTNERS, a California general
    partnership, CHI-SAC VILLAGE
21  CAPITAL GROUP INVESTORS LLC, a
    California limited liability
22  company, CHI-SAC FLORIN
    VINEYARDS INVESTORS LLC, a
23  California limited liability
    company, CASELMAN & CARLISLE
24  PARTNERS, a California general
    partnership, CHI-SAC VINTAGE
25  CREEK INVESTORS LLC, a
    California limited liability
26  company, CHI-SAC GAP
    INVESTORS, PRIME MINISTER
27  GROUP LLC, a California
    limited liability company,
28  PARK RIDGE INVESTMENTS LLC, a
```

California limited liability company, CHI-SAC SOUTH SUTTER INVESTORS, CHI-SAC WHITE ROCK 150 INVESTORS, LLC, a California limited liability company, CHICAGO SOUTH WATT INVESTORS, LLC, a California limited liability company, CHICAGO INFILL INVESTORS LLC, a California limited liability company, STEWART TITLE COMPANY, GUS GALAXIDAS, GLENN SORENSEN, JR., STOCKTON & 65TH, LP, a California limited partnership, LARRY DEANE, BALJIT JOHL, HARINDER JOHL, and DOES 1 through 100, inclusive,

        Defendants.

----oo0oo----

This matter is before the court on defendants JOHN G. SINADINOS, STANLEY J. FOONDOS, STEPHEN FOONDOS, VILLAGE CAPITAL GROUP LLC, a California limited liability company, VINTAGE CREEK LLC, a California limited liability company, SOUTH WATT & FLORIN PARTNERS, a California general partnership, CHI-SAC VILLAGE CAPITAL GROUP INVESTORS LLC, a California limited liability company, CHI-SAC FLORIN VINEYARDS INVESTORS LLC, a California limited liability company, CASELMAN & CARLISLE PARTNERS, a California general partnership, CHI-SAC VINTAGE CREEK INVESTORS LLC, a California limited liability company, CHI-SAC GAP INVESTORS, PRIME MINISTER GROUP LLC, a California limited liability company, PARK RIDGE INVESTMENTS LLC, a California limited liability company, CHI-SAC SOUTH SUTTER INVESTORS, CHI-SAC WHITE ROCK 150 INVESTORS, LLC, a California limited liability company, CHICAGO SOUTH WATT INVESTORS, LLC, a California limited liability company, CHICAGO INFILL INVESTORS

1  LLC, a California limited liability company, GLENN SORENSEN, JR.,
2  STOCKTON & 65TH LP, and LARRY DEANE application for an
3  enlargement of time within which to file a responsive pleading.
4  Having reviewed the submissions of the parties, and good cause
5  having been shown, defendants' application is GRANTED.
6  Defendants shall file a responsive pleading by December 15, 2008.
7       IT IS SO ORDERED.
8  DATED: November 25, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE