ROBERT D. COLLINS, ESQ. (SBN 053321)
ANTHONY S. COSS, ESQ. (SBN 244215)
CVM LAW GROUP, LLP
8795 Folsom Boulevard, Suite 200
Sacramento, California 95826
Telephone:  (916) 381-6171
Facsimile:  (916) 381-1109

Attorneys for Defendants
STEWART TITLE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATOMAS GARDENS INVESTMENT GROUP, LLC, a California limited liability company, ORCHARD PARK DEVELOPMENT, LLC, a California limited liability company,<br><br>      Plaintiffs,<br><br>vs.<br><br>JOHN G. SINADINOS, STANLEY J. FOONDOS, STEPHEN FOONDOS, VILLAGE CAPITAL GROUP, LLC, a California limited liability company; VINTAGE CREEK, LLC,  a California limited liability company, SOUTH WATT & FLORIN PARTNERS, a California general partnership, CHI-SAC VILLAGE CAPITAL GROUP INVESTORS, LLC, a California limited liability company, CHI-SAC FLORIN VINEYARDS INVESTORS, LLC a California limited liability company, CASELMAN & CARLISLE PARTNERS, a California general partnership, CHI-SAC VINTAGE CREEK INVESTORS, LLC, a California limited liability company, CHI-SAC GAP INVESTORS, PRIME MINISTER GROUP, LLC, a California limited liability company, PARK RIDGE INVESTMENTS, LLC, a California limited liability company, CHI-SAC SOUTH SUTTER INVESTORS, CHI-SAC WHITE ROCK 150 INVESTORS, LLC, a California limited liability company, CHICAGO SOUTH WATT INVESTORS, LLC, a California limited liability company, CHICAGO INFILL INVESTORS, LLC, a California limited liability company, STEWART TITLE COMPANY, | CASE NO.<br>**2:08-CV-02308-FCD-KJM**<br><br>**ORDER FOR SUBSTITUTION OF ATTORNEY** |

GUS GALAXIDAS GLENN SORENSEN, JR.,    )
STOCKTON & 65TH, LP, a California limited partnership,  )
LARRY DEANE, BALJIT JOHL, HARINDER JOHL, and )
DOES 1 through 100, inclusive,     )
     )
    Defendants.     )

THE COURT AND ALL PARTIES ARE NOTIFIED that, Defendant Stewart Title Company makes the following substitution of attorney:

1.    Former legal representative:  Panattoni Law Firm

2.    New legal representative:  CVM Law Group, LLP
    Robert D. Collins, Esq.
    Anthony S. Coss, Esq.
    8795 Folsom Blvd., Suite 200
    Sacramento, California 95826

I consent to this Substitution.    **STEWART TITLE OF SACRAMENTO**
Date:  December  , 2008    a California Corporation

By:    ____/s/_____
    Robert Baker, President

I consent to this Substitution.    **PANATTONI LAW FIRM, INC.**
Date:  December  , 2008    a California Corporation

By:    ____/s/ _____
    Robert D. Collins

I consent to this Substitution.    **CVM LAW GROUP, LLP**
Date:  December  , 2008    a California Limited Liability Partnership

By:    ____/s/_____
    Robert D. Collins, Partner
    8795 Folsom Blvd., Suite 200
    Sacramento, CA 95826
    e-mail: bcollins@cvmlaw.com
    Telephone (916) 381-6171

**IT IS SO ORDERED.**

Date: December 19, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE