THOMAS W. BARTH, SBN 154075
BARTH TOZER & TIMM LLP
431 I Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: tbarth@bttlawfirm.com

PATRICK J. WALTZ, SBN 63130
WALTZ LAW FIRM
2022 28th Street
Sacramento, California 95818
Telephone: (916) 454-0904
Facsimile: (916) 454-0909
Email: Waltzlaw@sbcglobal.net

Attorneys for Plaintiffs NATOMAS
GARDENS INVESTMENT GROUP LLC and
ORCHARD PARK DEVELOPMENT LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATOMAS GARDENS INVESTMENT GROUP LLC, a California limited liability company, ORCHARD PARK DEVELOPMENT LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN G. SINADINOS, STANLEY J. FOONDOS, STEPHEN FOONDOS, VILLAGE CAPITAL GROUP LLC, a California limited liability company, VINTAGE CREEK LLC, a California limited liability company, et al.,<br><br>Defendants. | **Case No. 2:08-CV-02308-FCD-KJM**<br><br>**STIPULATION AND ORDER EXTENDING GUS GALAXIDAS' TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Plaintiffs Natomas Gardens Investment Group LLC and Orchard Park Development LLC, by and through their counsel of record, Thomas W. Barth of Barth Tozer & Timm LLP, and defendant Gus Galaxidas, by and through his counsel of record, Richard M. Watts, Jr. of Millstone Peterson & Watts, LLP, **HEREBY STIPULATE AND AGREE THAT**:

Defendant Gus Galaxidas shall have additional time, up to and including July 20, 2009, within which to respond to the Second Amended Complaint on file herein. The purpose of

00003668

the stipulated extension of time is to allow the parties an opportunity for a potential negotiated resolution of claims against defendants.

Dated:  June 18, 2009.                    MILLSTONE PETERSON & WATTS, LLP


                                          By     /s/ Richard M. Watts, Jr.
                                                 RICHARD M. WATTS, JR.

Dated:  June 18, 2009.                    BARTH TOZER & TIMM LLP


                                          By     /s/ Thomas W. Barth
                                                 THOMAS W. BARTH


## **ORDER**

Upon review of the above stipulation, **IT IS ORDERED** that Gus Galaxidas shall have additional time up to and including July 20, 2009, within which to respond to the Second Amended Complaint on file herein.

DATED: June 22, 2009

                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE

BARTH TOZER & TIMM LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

00003668