THOMAS W. BARTH, SBN 154075
BARTH TOZER & TIMM LLP
431 I Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: tbarth@bttlawfirm.com

PATRICK J. WALTZ, SBN 63130
WALTZ LAW FIRM
2022 28th Street
Sacramento, California 95818
Telephone: (916) 454-0904
Facsimile: (916) 454-0909
Email: Waltzlaw@sbcglobal.net

Attorneys for Plaintiffs NATOMAS
GARDENS INVESTMENT GROUP LLC and
ORCHARD PARK DEVELOPMENT LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATOMAS GARDENS INVESTMENT GROUP LLC, a California limited liability company, ORCHARD PARK DEVELOPMENT LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN G. SINADINOS, STANLEY J. FOONDOS, STEPHEN FOONDOS, VILLAGE CAPITAL GROUP LLC, etc., et al.,<br><br>Defendants. | **Case No. 2:08-CV-02308-FCD-KJM**<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM** |

Plaintiff Natomas Gardens Investment Group LLC (Natomas) respectfully requests the Court approve an extension of time to respond to the counterclaim filed on June 1, 2009, by defendant/counterclaimant Larry Deane, for an additional 30 days, until July 28, 2009. Mr. Deane's counsel has agreed only to an extension of time for counterdefendants to respond until July 7, 2009, as reflected on an order of the Sacramento County Superior Court, shortening time for hearing on a motion filed by the receiver appointed in State court. Otherwise, Mr. Deane's counsel has refused to consider any other extension of time to respond.

///

00003691

The requested extension is necessary to allow plaintiff/counterdefendant an adequate opportunity to address objections and challenges by Mr. Deane regarding conflict-of-interest issues and Mr. Deane's demands for the withdrawal or recusal of counsel for plaintiff, Natomas. The outcome of that dispute will be substantially affected by the decision of the Sacramento County Superior Court at a hearing scheduled for July 6, 2009, in the case of *Larry Deane v. Eric Solorio, Natomas Gardens Investment Group LLC, et al.*, Case No. 34-2008-00024973, on the receiver's Motion to Address Receivership Issues, Including Withdrawal of Receiver and His Counsel. The extension of time agreed upon by Mr. Deane's counsel for counterdefendants to respond to the counterclaim until July 7, 2009, is not an adequate opportunity after the July 6 hearing to prepare for an appropriate response regarding the conflict-of-interest and disqualification issues.

On March 12, 2009, Sacramento County Superior Court, Judge Loren McMaster presiding, entered the order appointing a receiver for Natomas in the State case. On the following day, March 13, 2009, counsel for Mr. Deane, plaintiff in the State case, demanded that the receiver seek disqualification of the law firm of Barth Tozer & Timm LLP from representing either Natomas or Eric Solorio as defendants in the State case. Ultimately, the receiver filed a motion, seeking a determination of that issue, Mr. Deane filed papers seeking disqualification of the Barth firm, and the Court issued its tentative ruling, declining to disqualify the firm. After hearing oral argument and taking the matter under submission, Judge McMaster modified his ruling, to disqualify the Barth firm from representing Natomas in the State case, while allowing the continued representation of Mr. Solorio as a defendant and cross-complainant in the State action. The State court ruling on disqualification issues was rendered on May 26, 2009.

On June 1, 2009, Mr. Deane filed his counterclaim in the federal case, asserting causes of action against Mr. Solorio by Mr. Deane individually, and on behalf of Natomas, by derivative claims. On May 28, 2009, counsel for Mr. Deane corresponded with counsel for the receiver, demanding that the receiver seek disqualification of the Barth law firm from representing Natomas in the federal case. Part of the receiver's motion concerns whether Judge McMaster will give further directions to the receiver, regarding the demands by Mr. Deane that

00003691 - 2 -

the receiver intervene in Federal Court.  The outcome of the receiver's motion can range anywhere on a spectrum from an order by Judge McMaster allowing the withdrawal of receiver and his counsel, for the failure by Mr. Deane to pay approximately $50,000 for the continuing work by the receiver, as he was required to pay, to further, detailed instructions by the Court about the performance of receivership duties.

The outcome of the hearing on the receiver's motion will have a direct impact on the appropriate response by plaintiff/counterdefendant Natomas, and very likely that of counterdefendant Eric Solorio.  Among other issues which may arise, the continued representation of Natomas in the federal case by the Barth firm and appropriate representation of Mr. Solorio must be addressed.  Service of the counterclaim on counterdefendant Natomas occurred on June 8, 2009.  For these reasons, plaintiff/counterdefendant Natomas respectfully requests the Court grant an initial extension of time to respond to the counterclaim, for 30 days, until July 28, 2009.

Plaintiff submits for the Court's review, pertaining only to this request for an extension of time to respond, the following documents, attached to the accompanying Declaration of Thomas W. Barth:

1. The order appointing the receiver in the State case, filed on March 12, 2009.

2. The ruling by Judge McMaster, Sacramento County Superior Court, regarding the motion for determination of disqualification of law firm.

3. The order granting the ex parte application to shorten time on the receiver's Motion to Address Receivership Issues, Including Withdrawal of Receiver and His Counsel.  The court's order includes the handwritten statement, "Counsel for plaintiff agrees to extend time to respond to federal case for defendant and receiver and Natomas to 7/7/09."

4. The receiver's notice of motion and motion to address receivership issues, including withdrawal of receiver and his counsel.

5. The letter, dated June 22, 2009, from Mr. Burgess, representing Larry Deane, to Mr. Barth, in which counsel states, "no extensions for pleading will be granted or

permitted and we require an appropriate response timely filed or we shall seek default against any counter-defendant who fails to do so."

For the foregoing reasons, plaintiff respectfully requests an order of this Court extending time for counterdefendants to respond to Mr. Deane's counterclaim until July 28, 2009.

Dated: June 26, 2009.                    Respectfully submitted,

BARTH TOZER & TIMM LLP


By      /s/ Thomas W. Barth
             THOMAS W. BARTH

Attorneys for Plaintiffs NATOMAS
GARDENS INVESTMENT GROUP LLC
and ORCHARD PARK DEVELOPMENT LLC


**ORDER**

Upon review of the foregoing ex parte Application for Extension of Time to Respond to Counterclaim, **IT IS ORDERED** that counterdefendants shall have additional time up to and including July 28, 2009, within which to respond to the Counterclaim filed in this matter on June 1, 2009, by defendant and counterclaimant, Larry Deane.

DATED:   June 26, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

BARTH TOZER & TIMM LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

00003691