THOMAS W. BARTH, SBN 154075
BARTH TOZER & TIMM LLP
431 I Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: tbarth@bttlawfirm.com

PATRICK J. WALTZ, SBN 63130
WALTZ LAW FIRM
2022 28th Street
Sacramento, California 95818
Telephone: (916) 454-0904
Facsimile: (916) 454-0909
Email: Waltzlaw@sbcglobal.net

Attorneys for Plaintiffs NATOMAS
GARDENS INVESTMENT GROUP LLC and
ORCHARD PARK DEVELOPMENT LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATOMAS GARDENS INVESTMENT GROUP LLC, a California limited liability company, ORCHARD PARK DEVELOPMENT LLC, a California limited liability company,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN G. SINADINOS, STANLEY J. FOONDOS, STEPHEN FOONDOS, VILLAGE CAPITAL GROUP LLC, a California limited liability company, VINTAGE CREEK LLC, a California limited liability company, et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:08-CV-02308-FCD-KJM<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT GUS GALAXIDAS** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Plaintiffs Natomas Gardens Investment Group LLC and Orchard Park

Development LLC, by and through their counsel of record, Thomas W. Barth of Barth Tozer &

Timm LLP, and defendant Gus Galaxidas, by and through his counsel of record, Richard M.

Watts, Jr. of Millstone Peterson & Watts, LLP, **HEREBY STIPULATE AND AGREE THAT**:

///

00003808

BARTH TOZER & TIMM LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

1          Pursuant to the terms and conditions set forth in the Settlement Agreement and

2   Mutual Release executed by the parties to this stipulation, defendant Gus Galaxidas is hereby

3   dismissed, with prejudice, from this action.

4   Dated:  July 29, 2009.                    MILLSTONE PETERSON & WATTS, LLP

5

6                                        By_____/s/ Richard M. Watts, Jr._____

7                                              RICHARD M. WATTS, JR.

8   Dated:  July 29, 2009.                    BARTH TOZER & TIMM LLP

9

10                                       By_____/s/ Thomas W. Barth_____

11                                             THOMAS W. BARTH

12

13                                           **ORDER**

14          Upon review of the above stipulation, **IT IS ORDERED** that defendant Gus

15   Galaxidas is dismissed, with prejudice, from this action.

16   DATED:  7/29/2009

17

18

19                                        _____

20                                        FRANK C. DAMRELL, JR.

21                                        UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

STIPULATION AND ORDER DISMISSING DEFENDANT GALAXIDAS          [CASE NUMBER 2:08-CV-02308-FCD-KJM ]

BARTH TOZER & TIMM LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARTH TOZER & TIMM LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA