LAW OFFICES OF S. CHANDLER VISHER
S. Chandler Visher (California State Bar No. 52957)
44 Montgomery Street, Suite 3830
San Francisco, California 94104
Telephone: (415) 901-0500; Facsimile: (415) 901-0504
chandler@visherlaw.com

Attorneys for plaintiff Natomas Gardens Investment Group LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATOMAS GARDENS INVESTMENT GROUP LLC, a California limited liability company, ORCHARD PARK DEVELOPMENT LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN G. SINADINOS, STANLEY J. FOONDOS, STEPHEN FOONDOS, VILLAGE CAPITAL GROUP LLC, a California limited liability company, VINTAGE CREEK LLC, a California limited liability company, SOUTH WATT & FLORIN PARTNERS, a California general partnership, CHI-SAC VILLAGE CAPITAL GROUP INVESTORS LLC, a California limited liability company, CHI-SAC FLORIN VINEYARDS INVESTORS LLC, a California limited liability company, CASELMAN & CARLISLE PARTNERS, a California general partnership, CHI-SAC VINTAGE CREEK INVESTORS, a California limited liability company, CHI-SAC GAP INVESTORS, PRIME MINISTER GROUP LLC, a California limited liability company, PARK RIDGE INVESTMENTS LLC, a California | **Case No. 2:08-CV-02308-FCD-KJM**<br><br>**CONSENT AND ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

| | |
|---|---|
| 1 | limited liability company, CHI-SAC SOUTH SUTTER INVESTORS, CHI-SAC WHITE ROCK 150 INVESTORS, LLC, a California limited liability company, CHICAGO SOUTH WATT INVESTORS, LLC, a California limited liability company, CHICAGO INFILL INVESTORS LLC, a California limited liability company, STEWART TITLE COMPANY, GUS GALAXIDA, GLENN SORENSEN, JR., STOCKTON & 65 TH, LP, a California limited partnership, LARRY DEANE, BALJIT JOHL, HARINDER JOHL, MARGARIDA LEAVITT, and DOES 1 through 100, inclusive,<br>                    Defendants. |

Notice is hereby given that NATOMAS GARDENS INVESTMENT GROUP LLC, subject to approval by the Court, makes the following substitution as counsel of records in place of Patrick J. Waltz, State Bar No. 63130.

Contact information for new counsel is as follows:

        Attorney:    S. Chandler Visher, State Bar No. 52957
        Firm:        Law Offices of S. Chandler Visher
        Address:    44 Montgomery Street, Suite 3830
                         San Francisco, California 94104
        E-mail:     chandler@visherlaw.com

**I consent to the above substitution:**

Dated: February 25, 2010                          NATOMAS GARDENS INVESTMENT GROUP LLC

                                            By:    /s/ Erik K. Solorio
                                                     Eric K. Solorio, Managing Partner

---

CONSENT AND ORDER GRANTING SUBSTITUTION OF ATTORNEY
Case No. 2:08-CV-02308-FCD-KJM

**I consent to the above substitution:**

Dated: February 26, 2010                                WALTZ LAW FIRM


                                                By:    /s/ Patrick J. Waltz
                                                       Patrick J. Waltz, Esq.

**I consent to the above substitution:**

Dated: February 26, 2010                                LAW OFFICES OF
                                                        S. CHANDLER VISHER


                                                By:    /s/ S. Chandler Visher
                                                       S. Chandler Visher, Esq.


    The substitution of attorney is hereby approved and so ORDERED.

**ORDER**

    Based on the forgoing consent of the parties and counsel, the substitution of counsel IS HEREBY ORDERED.

March 1, 2010

                                                       _____
                                                       FRANK C. DAMRELL, JR.
                                                       UNITED STATES DISTRICT JUDGE

---

CONSENT AND ORDER GRANTING SUBSTITUTION OF ATTORNEY
Case No. 2:08-CV-02308-FCD-KJM