LAW OFFICES OF S. CHANDLER VISHER
S. Chandler Visher (California State Bar No. 52957)
44 Montgomery Street, Suite 3830
San Francisco, California 94104
Telephone: (415) 901-0500; Facsimile: (415) 901-0504
chandler@visherlaw.com

Attorneys for plaintiff Natomas Gardens Investment Group LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATOMAS GARDENS INVESTMENT GROUP LLC, a California limited liability company, ORCHARD PARK DEVELOPMENT LLC, a California limited liability company,<br><br>                          Plaintiffs,<br><br>v.<br><br>JOHN G. SINADINOS et al. and DOES 1 through 100, inclusive,<br><br>                          Defendants. | **Case No. 2:08-CV-02308-FCD-KJM**<br><br>**ORDER ON PLAINTIFF NATOMAS GARDENS INVESTMENT GROUP LLC's APPLICATION FOR A CONTINUANCE OF DEFENDANT LARRY DEANE'S MOTION TO DISMISS AND, IN THE ALTERNATIVE MOTION TO DISQUALIFY COUNSEL; DECLARATION OF THOMAS BARTH IN SUPPORT THEREOF**<br><br>Date: October 8, 2010<br>Time: 10:00<br>Dept.: 2<br>Judge:  Honorable Frank C. Damrell, Jr. |

   The Court has reviewed the plaintiff Natomas Gardens Investment Group LLC's (hereinafter referenced as "Natomas") Application for Continuance on defendant Deane's Motion to Dismiss or, in the alternative, Motion to Disqualify Counsel and the Declaration of Thomas Barth filed in Support of the Application.  For the reasons set forth in plaintiff Natomas' Application and FOR GOOD CAUSE APPEARING:

---

ORDER ON PLAINTIFF NATOMAS GARDENS INVESTMENT GROUP LLC's APPLICATION FOR A CONTINUANCE ON DEFENDANT LARRY DEANE'S MOTION TO DISMISS AND, IN THE ALTERNATIVE, MOTION TO DISQUALIFY COUNSEL
Case No. 2:08-CV-02308-FCD-KJM

1   The Court GRANTS plaintiff Natomas' Application for a Continuance on defendant
2   Deane's Motion to Dismiss and, in the alternative, Motion to Disqualify Counsel and the new
3   hearing date on said motion is set for January 28, 2011, at 10:00 a.m. in Courtroom #2.
4       IT IS SO ORDERED.

Dated:  September 21, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

ORDER ON PLAINTIFF NATOMAS GARDENS INVESTMENT GROUP LLC's APPLICATION FOR A CONTINUANCE ON DEFENDANT LARRY DEANE'S MOTION TO DISMISS AND, IN THE ALTERNATIVE, MOTION TO DISQUALIFY COUNSEL
Case No. 2:08-CV-02308-FCD-KJM