IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATOMAS GARDENS INVESTMENT GROUP, LLC, a California limited liability company, ORCHARD PARK DEVELOPMENT, LLC, a California limited liability company,

    Plaintiffs,

vs.

JOHN G. SINADINOS, STANLEY J. FOONDOS, STEPHEN FOONDOS, et al,

    Defendants
_____/

No. CIV S-08-2308 KJM EFB

The undersigned hereby recuses herself under 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another district judge for any further proceedings that may be appropriate or required. Any dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: June 2, 2011.

                                         UNITED STATES DISTRICT JUDGE

2

nato2038.rec