UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

NATOMAS GARDENS INVESTMENT GROUP, LLC, a California limited liability company, ORCHARD PARK DEVELOPMENT, LLC, a California limited liability company,

      Plaintiff,

      v.

JOHN G. SINADINOS, STANLEY J. FOONDOS, STEPHEN FOONDOS, et al.,

      Defendants.

      /

NO. CIV. 2:08-2308 WBS EFB

<u>ORDER OF RECUSAL</u>

----oo0oo----

      The undersigned hereby recuses himself as the judge to whom this case is assigned.

      IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

DATED: June 22, 2011

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE