UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATOMAS GARDENS INVESTMENT
GROUP LLC, a California
limited liability company,
ORCHARD PARK DEVELOPMENT
LLC, a California limited
liability company,

        Plaintiffs,

    v.

JOHN G. SINADINOS, et al.,

        Defendants.

_____/

NO. CIV. S-08-2308 LKK/EFB

O R D E R

A Status (Pretrial Scheduling Conference) in the above-captioned case was held on July 18, 2011 at 2:30 p.m. in Chambers. The Court orders as follows:

(1) Counsel for defendant Larry Deane shall file Mr. Deane's waiver of any objection regarding his representation in this case by Donald M. Wanland, Jr., Esq., a criminal defendant in another matter before this judge, or a statement stating that no waiver is forthcoming.

1  (2) The pending motion to dismiss (Dkt. No. 270) is submitted

2 on the papers. No further briefing on the pending motion is

3 permitted, and language in the July 18, 2011 Minute Order to the

4 contrary should be disregarded.

5  IT IS SO ORDERED.

6  DATED:  July 22, 2011.

7

8

9

         _____

10      LAWRENCE K. KARLTON
        SENIOR JUDGE

11      UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26