UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATOMAS GARDENS INVESTMENT
GROUP LLC, a California
limited liability company,
ORCHARD PARK DEVELOPMENT
LLC, a California limited
liability company,

        Plaintiffs,

   v.

JOHN G. SINADINOS, et al.,

        Defendants.
                                    /

NO. CIV. S-08-2308 LKK/EFB

O R D E R

On July 25, 2011, this court issued an Order (Dkt. No. 337), requiring counsel for defendant Larry Deane to file a waiver of any objection regarding his representation in this case by Donald M. Wanland, Jr., Esq., a criminal defendant in another matter before this judge, or a statement stating that no waiver is forthcoming. In an oversight, the court's Order did not set forth a deadline for this filing. The required filing shall be made no later than seven (7) days from the date of this Order.

1

1   IT IS SO ORDERED.

2   DATED:  August 3, 2011.

```
                        /s/ Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

2