UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATOMAS GARDENS INVESTMENT
GROUP LLC, a California
limited liability company,
ORCHARD PARK DEVELOPMENT
LLC, a California limited
liability company,

        Plaintiffs,

   v.

JOHN G. SINADINOS, et al.,

        Defendants.
                                 /

NO. CIV. S-08-2308 LKK/EFB

O R D E R

    On July 25, 2011, this court ordered counsel for defendant Larry Deane to "file Mr. Deane's waiver of any objection regarding his representation in this case by Donald M. Wanland, Jr., Esq., a criminal defendant in another matter before this judge, or a statement stating that no waiver is forthcoming." Dkt. No. 337. On August 4, 2011, the court issued an order clarifying that the waiver or statement was to be filed "no later than seven (7) days from the date of this Order." Dkt. No. 339.

1

1  Counsel for Mr. Deane has not filed the required waiver, nor
2 a statement indicating that no waiver is forthcoming.

3  Counsel has instead filed a document signed by himself – not
4 by Mr. Deane – stating that Mr. Deane "waives any objection
5 regarding Donald M. Wanland, Jr.'s representation in this case
6 pursuant to this Court's Order entered August 4, 2011, Docket
7 No. 339." Dkt. No. 340.

8  Accordingly, the court ORDERS as follows:

9  [1] Mr. Wanland is ORDERED TO SHOW CAUSE on Monday,
10     August 29, 2011 at 10:00am at this court's Law and
11     Motion Calendar, why he should not be sanctioned in the
12     amount of $150.00 for failing to file the required
13     waiver or statement in a timely manner.  Mr. Wanland
14     SHALL appear at the hearing on August 29, 2011 to show
15     cause, and shall be accompanied by his client, Mr.
16     Deane.

17  [2] Failure of Mr. Wanland or Mr. Deane to appear at the
18     hearing may result in a finding that Mr. Wanland is in
19     contempt of court, even if the required waiver or
20     statement is filed before the hearing.

21  [3] Mr. Wanland shall file with this court no later than
22     August 22, 2011 at 2:00pm, either the required waiver,
23     or a statement that the waiver is not forthcoming. The
24     waiver shall explicitly acknowledge in words – not by
25     reference to or incorporation of another document – that
26     Mr. Wanland is a criminal defendant in a case before

2

1      this judge, and the waiver shall be signed by Mr. Deane.
2      IT IS SO ORDERED.
3      DATED: August 16, 2011.

```
                          /s/ Lawrence K. Karlton
                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```