1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

NATOMAS GARDENS INVESTMENT
11  GROUP LLC, et al.,

12               Plaintiffs,                    CIV S-08-2308 LKK CKD

13         vs.

14  JOHN SINADINOS, et al.,                     ORDER

15               Defendants.

16  _____/

17         This matter has been referred to the undersigned for a discovery conference.  See

18  dkt. no. 357.  Upon review of the parties' status reports, and good cause appearing, IT IS

19  HEREBY ORDERED that:

20         1.  No later than December 2, 2011, the parties shall engage in a face-to-face meet

21  and confer to formulate a discovery plan under Federal Rule of Civil Procedure 26(f).

22         2.  No later than December 9, 2011, the parties shall file a joint proposed

23  discovery plan.  Said proposed plan shall specifically set forth:

24               a.  A proposed date for initial disclosures;

25               b.  The specific number of interrogatories each party proposes to

26  propound;

1

1           c.  The specific identity of deponents (to the extent known) and specific

2 dates for the depositions of the identified deponents.

3             3.  Upon review of the proposed discovery plan, the court shall determine whether

4 a court hearing is necessary and shall set dates as appropriate.

5  Dated: November 2, 2011

6

7                               CAROLYN K. DELANEY
                              UNITED STATES MAGISTRATE JUDGE

8

9

10 4
  natomas.discconf

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26