IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATOMAS GARDENS INVESTMENT
GROUP LLC, et al.,

       Plaintiffs,                          CIV S-08-2308 LKK CKD

    vs.

JOHN SINADINOS, et al.,               ORDER

       Defendants.

_____/

       This matter has been referred to the undersigned for a discovery conference. See dkt. no. 357. Upon review of the parties' status reports and the joint scheduling report, and good cause appearing, IT IS HEREBY ORDERED that:

       1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made no later than January 27, 2012.

       2. In light of the information which must be initially disclosed, the court finds that modification of the presumptive limit on the number of interrogatories allowed under Federal Rule of Civil Procedure 33 is not warranted.

/////

/////

1

1        3. The parties are allowed leave to conduct the depositions of the persons identified in the joint proposed discovery plan.[1]  See dkt. no. 359 at 5:12-17; 6:8-18.  Said depositions shall be completed by August 1, 2012, absent further order of the court.  The limitation to depositions of deponents so identified is exclusive of later disclosed expert witnesses.  The court does not find at this time that modification of the durational limit set forth in Federal Rule of Civil Procedure 30(d)(1) is appropriate.  This order is without prejudice to a properly noticed motion to extend the durational limit, made after completion of seven hours of deposition and upon a particularized need for extended examination.

        4. A further status conference is set before the Honorable Lawrence K. Karlton on February 13, 2012 at 2:00 p.m.  The parties are directed to file status reports fourteen (14) days prior to the status conference.

Dated: December 13, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
natomas.disc.ord

---

[1] Said depositions must be properly noticed under Federal Rule of Civil Procedure 30. The court expects counsel and parties proceeding pro se to cooperate on the setting of dates for the depositions.