1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

NATOMAS GARDENS INVESTMENT
10  GROUP LLC, a California
limited liability company,
11  ORCHARD PARK DEVELOPMENT
LLC, a California limited
12  liability company,

13                                    NO. CIV. S-08-2308 LKK/EFB
            Plaintiffs,
14
        v.
15                                         O R D E R
JOHN G. SINADINOS, et al.,
16

17            Defendants.
_____/
18

19      This matter came on for hearing on March 26, 2012, on the

20  noticed Rule 41(a)(2) motion of counter-defendant Larry Deane.

21  There was no appearance by Deane's counsel, Jason Burgess, for the

22  hearing.  Accordingly:

23      1.   The hearing on this matter is re-scheduled for April 9,

24  2012 at 10:00 a.m.

25      2.   Counsel for Deane, Jason Burgess, is Ordered To Show

26  Cause on April 9, 2012 at 10:00 a.m. in Courtroom 4, why he should

                                   1

1  not be sanctioned in the amount of $150 for his failure to appear

2  for his own noticed motion.  Counsel shall file a response to the

3  Order To Show Cause no later than seven days from the date of this

4  order.   If Counsel does not oppose the Order To Show Cause, he

5  shall file a Statement of Non-Opposition no later than seven days

6  from the date of this order.

7      IT IS SO ORDERED.

8      DATED:  March 27, 2012.

11

12  LAWRENCE K. KARLTON
    SENIOR JUDGE
13  UNITED STATES DISTRICT COURT

2