UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATOMAS GARDENS INVESTMENT
GROUP LLC, a California
limited liability company,
ORCHARD PARK DEVELOPMENT
LLC, a California limited
liability company,

        NO. CIV. S-08-2308 LKK/EFB

    Plaintiffs,

    v.

        O R D E R

JOHN G. SINADINOS, et al.,

    Defendants.
    _____/

    The court has received the request for continuance filed by Counter-defendant Eric Solorio (Dkt. No. 377), proceeding pro se. Mr. Solorio represents that the April 9, 2012 hearing date presents a conflict with a hearing he must attend that same day in the Bankruptcy Court. The court cautions Mr. Solorio that he must comply with Local Rule 230(f), which requires that requests for continuances be made at least seven (7) days before the scheduled hearing date. Nevertheless, given Mr. Solorio's pro se status,

1

1 court will grant his request.
2     Accordingly, the hearing currently scheduled for April 9, 2012
3 is hereby **RE-SCHEDULED** to April 23, 2012 at 10:00 a.m. in Courtroom
4 4.
5     IT IS SO ORDERED.
6     DATED:  April 5, 2012.

```
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2