UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATOMAS GARDENS INVESTMENT
GROUP LLC, a California
limited liability company,
ORCHARD PARK DEVELOPMENT
LLC, a California limited
liability company,

        Plaintiffs,

    v.

JOHN G. SINADINOS, et al.,

        Defendants.
_____/

NO. CIV. S-08-2308 LKK/EFB

O R D E R

**I.   VOLUNTARY DISMISSAL**

Counter-plaintiff Larry Deane requests a dismissal without prejudice of his counter-claim against Eric Solorio. Solorio requests that the counter-claim be dismissed "with prejudice," and that he be awarded costs and "lost wages." The court will generally grant a party's request to dismiss his own claims, voluntarily and without prejudice, so long as there is no "plain legal prejudice" to other parties. See Smith v. Lenches, 263 F.3d

1

1  972, 975 (9th Cir. 2001). No such prejudice is shown here, and
2  accordingly the action will be dismissed without prejudice,
3  pursuant to Fed. R. Civ. P. 41(a)(2).
4      However, counter-defendant has defended against the counter-
5  claim at least by filing an Answer, and is entitled to payment of
6  his costs and fees upon filing of a proper cost bill after
7  dismissal. See Westlands Water Dist. v. U.S., 100 F.3d 94, 97 (9th
8  Cir. 1996).
9  **II.  ORDER TO SHOW CAUSE**
10     Counsel for the moving party, counter-plaintiff Larry Deane
11 failed to appear for the previously scheduled hearing on the
12 voluntary dismissal motion. The court ordered counsel to show
13 cause why he should not be sanctioned $150 for failing to appear
14 at the hearing on his own noticed motion. The court has reviewed
15 counsel's submission explaining his failure to appear, and
16 concludes that the $150 sanction is warranted.
17 **III. CONCLUSION**
18     For the reasons stated above:
19     1.  Jason W. Burgess, counsel for counter-claimaint Larry
20 Deane, is ordered to **PAY SANCTIONS** in the amount **$150** to the Clerk
21 of this Court within ten (10) days from the effective date of this
22 order. Counsel shall also file with the court an affidavit
23 indicating that said sanction is paid personally by counsel, out
24 of personal funds, and is not to be billed, directly or indirectly,
25 to the client or in any way made the responsibility of the client.
26 ////

2.  Deane's counter-claim against Solorio is **DISMISSED WITHOUT PREJUDICE.**

3.  Solorio's request for lost wages is **DENIED;** and

4.  Solorio's request for costs is **DENIED** without prejudice to a properly supported submission under the local rules. <u>See</u> Local Rule 292.

IT IS SO ORDERED.

DATED: April 26, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT