THOMAS W. BARTH, SBN 154075
BARTH TOZER & DALY LLP
431 I Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  tbarth@btdlaw.net

Attorneys for Plaintiff
ORCHARD PARK DEVELOPMENT LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATOMAS GARDENS INVESTMENT GROUP LLC, a California limited liability company, ORCHARD PARK DEVELOPMENT LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN G. SINADINOS, STANLEY J. FOONDOS, STEPHEN FOONDOS, VILLAGE CAPITAL GROUP LLC, a California limited liability company, VINTAGE CREEK LLC, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS CLAIMS. | **Case No. 2:08-CV-02308-LKK-EFB**<br><br>**REQUEST TO CONTINUE STATUS CONFERENCE AND ORDER** |

It is hereby requested, as agreed among the parties to the above action, that the status conference scheduled for May 21, 2012, at 2:00 p.m. be continued approximately three (3) weeks, at the discretion of the Court for specific scheduling.

The parties are close to agreement on the terms of a settlement. Plaintiffs and defendants have agreed to request the continuance to allow time for completing the agreement, execution by the parties and counsel, and the filing of appropriate pleadings with the Court.

Plaintiff Orchard Park Development LLC respectfully requests that the Court consider this application on behalf of all parties without a signed stipulation, because of the short time before the scheduled conference, the unavailability of all counsel for timely preparation of a stipulation, and in the interest of timely notification to the Court of the request. The parties have

{00006520}

discussed the terms of settlement, defendants' counsel transmitted a draft agreement today and will be unavailable in depositions in Santa Barbara and Los Angeles tomorrow. Counsel for plaintiff Natomas Gardens Investment Group LLC is attending to required family medical care and would be travelling from San Francisco to attend the status conference, if it is held as scheduled.

Dated:  May 16, 2012.                     Respectfully submitted,

BARTH TOZER & DALY LLP


By     /s/ Thomas W. Barth
      THOMAS W. BARTH

**O R D E R**

**IT IS ORDERED** that the "Request," which purports to be in the nature of a stipulation, but which does not comply with the Local Rules, including E.D. Cal. R. 143,  is hereby **DENIED.**

Dated:   May 17, 2012.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT