UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATOMAS GARDENS INVESTMENT GROUP LLC, a California limited liability company, ORCHARD PARK DEVELOPMENT LLC, a California limited liability company,

NO. CIV. S-08-2308 LKK/EFB

    Plaintiffs,

  v.

JOHN G. SINADINOS, et al.,   O R D E R

    Defendants.

_____/

A status conference was held in chambers on May 21, 2012. After hearing, the court orders as follows:

A further status conference is set for June 25, 2012 at 2:30 p.m.

IT IS SO ORDERED.

DATED:  May 22, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1