1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

NATOMAS GARDENS INVESTMENT
10  GROUP LLC, a California
limited liability company,
11  ORCHARD PARK DEVELOPMENT
LLC, a California limited
12  liability company,

13                                   NO. CIV. S-08-2308 LKK/EFB
            Plaintiffs,
14
        v.
15                                         O R D E R
JOHN G. SINADINOS, et al.,
16

17          Defendants.
                                        /
18

19      A Status (Pretrial Scheduling) Conference was held on June 25,

20  2012 at 2:30 p.m., in Chambers.  The Conference was attended by

21  counsel for the remaining parties to the litigation, except for pro

22  se defendant Margarita Leavitt.  The parties have advised the court

23  that the matter has settled as between all parties, including the

24  counter-claims, and that all that remains is the collection of

25  ////

26  ////

                                1

1  signatures.[1]  Counsel for plaintiffs, Natomas Gardens Investment

2  Group, LLC, and Orchard Park Development LLC, report that defendant

3  Leavitt will be dismissed from the lawsuit as part of the

4  settlement.[2]

5      Counsel for plaintiff Orchard Park reports that he will

6  withdraw as counsel for Orchard Park as part of the settlement,

7  leaving the company unrepresented, and that the company can then

8  be dismissed out, as it cannot proceed pro se.

9      Counsel for plaintiff Orchard Park has also advised the court

10  that Orchard Park is in bankruptcy.  **Accordingly, if the Trustee**

11  **in bankruptcy must approve the dismissal of Orchard Park's lawsuit,**

12  **that approval must be made a part of the settlement papers in this**

13  **court.**  If no approval is necessary, counsel will explain why not.

14      IT IS HEREBY ORDERED THAT:

15      1.   Counsel are ORDERED to file dispositional documents for

16  this matter no later than twenty-one (21) days from the date of

17  this order;

18      2.   A Status (Pretrial Scheduling) Conference is scheduled

19  for August 27, 2012 at 11:00 a.m.  This conference will be vacated

20  if the dispositional documents (above) are timely filed.

21

22      [1] Plaintiffs have filed a Notice of Settlement (Dkt. No. 392).

23  See E.D. Cal. R. 160.  The court notes that counter-plaintiffs have not filed such a document.

24      [2]  The court notes that despite the general lack of

25  participation by Ms. Leavitt in these proceedings, and the recent return of mail sent to her (marked "Undeliverable"), she has filed an Answer in this case (Dkt. No. 269), and therefore cannot be

26  dismissed without a court order.

1    IT IS SO ORDERED.

2    DATED:  June 26, 2012.

3

4

5

6    LAWRENCE K. KARLTON
     SENIOR JUDGE
     UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3