LAW OFFICES OF S. CHANDLER VISHER
S. Chandler Visher (California State Bar No. 52957)
44 Montgomery Street, Suite 3830
San Francisco, California 94104
Telephone: (415) 901-0500
Facsimile: (415) 901-0504
Email:  chandler@visherlaw.com

Attorneys for plaintiff Natomas Gardens Investment Group LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATOMAS GARDENS INVESTMENT GROUP LLC, a California limited liability company, ORCHARD PARK DEVELOPMENT LLC, a California limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>JOHN G. SINADINOS, et al.<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:08-CV-02308-LKK-CKD<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 4 (a) (1)(A)(ii) AND ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff NATOMAS GARDENS INVESTMENT GROUP, LLC (hereinafter referenced as "Natomas"), by and through its counsel, and all defendants (except Baljit and Harinder Johl, and Gus Galaxidas who previously were dismissed from this action), including John G. Sinadinos, Stanley J. Foondos, Stephen Foondos, Village Capital Group LLC, Vintage Creek LLC, South Watt & Florin Partners, Chi-Sac Village Capital Investors LLC, Chi-Sac Florin Vineyards, Caselman & Carlisle Partners, Chi-Sac Vintage Creek Investors, Inc., Chi-Sac Gap Investors, Prime Minister Group LLC, Park Ridge Investments LLC, Chi-Sac South Sutter Investors, Chi-Sac White Rock

150 Investors LLC, Chicago South Watt Investors, LLC, Chicago Infill Investors LLC, Stewart Title Company, Glenn Sorensen, Jr., Stockton & 65th, LP, Larry Deane, and Margarida Leavitt, by and through their undersigned counsel (except Margarida Leavitt who has appeared in pro per in the action and Stewart Title of Sacramento who is now appearing in pro per), stipulate to the dismissal of all claims asserted by Natomas in the second amended complaint as follows:

**WHEREAS**, plaintiff Natomas has entered into entered into a settlement agreement attached hereto as Exhibit A with all remaining defendants;

**WHEREAS**, plaintiff Natomas entered into a settlement agreement with Stewart Title of Sacramento on July 15, 2010, attached hereto as Exhibit B;

**WHEREAS**, defendants Baljit and Harinder Johl were previously dismissed from this action via a motion to dismiss which was granted on May 12, 2009 (Docket # 123);

**WHEREAS**, defendant Gus Galaxidas was previously dismissed from this action pursuant to stipulation on July 29, 2009 (Docket # 155);

**WHEREAS**, the terms of the settlement agreements with all remaining defendants require Natomas to dismiss all of its claims asserted in this action;

**WHEREAS,** defendant and counterclaimant Larry Deane has also agreed to the settlement and, pursuant thereto, agrees to dismiss all claims asserted in his counterclaim;

**WHEREAS**, all parties stipulate to (i) the dismissal of Natomas' second amended complaint and all claims asserted therein as to all remaining defendants, and (ii) to the dismissal of the counterclaim filed by Larry Deane.

## STIPULATION

It is hereby stipulated by and between Natomas Gardens Investment Group, LLC (and for itself alone) and all remaining defendants, listed above, to this action that the Second Amended Complaint filed by Natomas Gardens Investment Group, LLC and all claims asserted therein, and the counterclaim filed by defendant Larry Deane and all claims asserted therein, be DISMISSED WITH PREJUDICE.

**IT IS SO STIPULATED.**

---

Dated: August 24, 2012          Natomas Gardens Investment Group, LLC,
                                a California limited liability company


                                By:       /s/ S. Chandler Visher
                                     S. Chandler Visher
                                     Attorney for Natomas Gardens Investment
                                     Group, LLC

Dated: August 24, 2012          Larry Deane

                                By:       /s/ Jason Burgess
                                     Jason W. Burgess
                                     Law Offices of Wanland, Burgess &
                                     Brenner


Dated: August 24, 2012          For All Defendants *Except* Larry Deane, Stewart
                                Title of Sacramento, Village Capital Group LLC,
                                Vintage Creek LLC & Margarida Leavitt


                                By:       /s/ Eric Garner
                                     Eric Garner
                                     Kirkman Blaine Klomparens & Youmans
                                     LLP

Dated: August 24, 2012          Village Capital Group LLC and Vintage Creek LLC


                                By:       /s/ John Fairbrook
                                     John D. Fairbrook
                                     Trainor Fairbrook

Dated: August 24, 2012          Stewart Title of Sacramento


                                By:  /s/Paul Carillo
                                     Paul Carillo
                                     Chief Financial Officer
                                     Stewart Title of Sacramento

Dated:  August 24, 2012         Margarida Leavitt

---

3
STIPULATION FOR VOLUNTARY DISMISSAL OF NATOMAS GARDENS INVESTMENT GROUP,
LLC'S SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER
Case No. 2:08-CV-02308-FCD-KJM-LEK-LKK

By:    /s/Margarida Leavitt
       Margarida Leavitt

## ORDER

Based on the stipulation of the parties pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Natomas Gardens Investment Group LLC's second amended complaint and all claims asserted therein, and the counterclaim filed by Larry Deane, are hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

DATED: August 27, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT