UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATOMAS GARDENS INVESTMENT
GROUP LLC, a California
limited liability company,
ORCHARD PARK DEVELOPMENT
LLC, a California limited
liability company,

    Plaintiffs,

  v.

JOHN G. SINADINOS, et al.,

    Defendants.
_____/

NO. CIV. S-08-2308 LKK/EFB

O R D E R

The above-referenced motion for withdrawal of counsel is scheduled to be heard on the court's regular Law and Motion Calendar of October 15, 2012.  The court hereby orders the attendance at the hearing of a person capable of consenting or declining to consent to the pending withdrawal motion on behalf of plaintiff Orchard Park Development LLC, and one capable of directing the prosecution of, or effecting the dismissal of, Orchard Park's lawsuit.

1

1   To effect compliance with this order, the Clerk of the Court is directed to serve this order upon (in addition to the regular service list): (1) John R. Roberts, Esq.,[1] the Trustee of the bankruptcy matter in <u>In re Solorio</u>, Bankr. Case No. 10-36484 (Bankr. E.D. Cal.) (McManus, B.J.), who has asserted that he alone controls the plaintiff, Orchard Park, and has identified himself as the real party in interest in this case; and (2) Eric Khan Solorio,[2] whom Orchard Park's counsel has identified as Orchard Park's only member.

   Failure of such a person to appear, with authority to speak for Orchard Park, may result in a granting of the un-opposed withdrawal motion, and a dismissal of the Orchard Park complaint, for failure to prosecute.

   IT IS SO ORDERED.

   DATED:  October 9, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] John R. Roberts, PO Box 1506, Placerville, CA 95667 (530-626-4732).

[2] Eric Khan Solorio, 34 Sage Grouse Ct, Sacramento, CA 95834.

2